IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT
_____

No. 01-50091
_____

UNITED STATES OF AMERICA,

                                        Plaintiff-Appellee,

versus

ROBERT E. BARGER,

                                        Defendant-Appellant.

_____

Appeal from the United States District Court
for the Western District of Texas
USDC No. SA-97-CR-112-3-OG
_____
January 10, 2002

Before JOLLY and PARKER, Circuit Judges, and MILLS,[*] District
Judge.

PER CURIAM:[**]

    AFFIRMED.  <u>See</u> 5TH CIR. R. 47.6.

---

    [*] District Judge of the Central District of Illinois, sitting
by designation.

    [**] Pursuant to 5TH CIR. R. 47.5, the Court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5TH CIR. R. 47.5.4.